**STATE of Missouri, Plaintiff–Respondent,**

v.

**Norma Jo BRACKEN, Defendant–Appellant.**

**No. 58355.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 27, 1991.

John Klosterman, Rosalynn Koch, Columbia, for defendant-appellant.

William L. Webster, Atty. Gen., Geoffrey W. Preckshot, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

**ORDER**

PER CURIAM.

Defendant appeals her conviction by a jury of one count of involuntary manslaughter, in violation of § 565.024.1 RSMo

1986, for recklessly causing the death of her two year old daughter.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).